

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2019

No. 04-18-00811-CR

Richard Anthony **STEWART,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17-802
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to access the appellate record and to file his own brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *see also Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). The State has filed a letter waiving its right to file an appellee's brief unless appellant files a *pro se* brief.

If the appellant desires to file a *pro se* brief, he must do so **within thirty (30) days** from the date of this order. If the appellant files a *pro se* brief, the State may file a responsive brief no later than thirty days after the date the appellant's *pro se* brief is filed in this court. It is further ORDERED that the motion to withdraw filed by appellant's counsel is HELD IN ABEYANCE pending further order of the court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court